IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NRC ENVIRONMENTAL
SERVICES, INC., a
Washington corporation,

No. 3:19-cv-01133-JR

Plaintiff,

v.

BARNARDS HOLDINGS, INC.,
fka WATER TRUCK SERVICE, INC.,
an Oregon corporation, and BOB
JONAS, an individual domiciled in
Oregon,

ORDER

Defendants.

HERNANDEZ, District Judge:

Magistrate Judge Russo issued a Findings and Recommendation (#29) on October 30,

2019, in which she recommends that this Court deny Plaintiffs' motion to dismiss portions of

Defendants' third counterclaim. The matter is now before me pursuant to 28 U.S.C. §

636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were

timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-*

*Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840

F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's

report to which objections have been made).  Having reviewed the legal principles *de novo*, I find

no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings & Recommendation [29].

Accordingly, Plaintiff's motion to dismiss portions of Defendants' third counterclaim [22] is

denied.

IT IS SO ORDERED.

DATED ___ December 7, 2019 ___ .


_____
MARCO A. HERNANDEZ
United States District Judge